Sergey Mkhitaryan
Inmate NO: 2679724
Lake's Crossing Center
500 Galletti Way
Sparks, N.V. 89431

```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
         COUNSEL/PARTIES OF RECORD
              FEB 2 2 2022
         CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SERGEY MKHITARYAN, Plaintiff | CASE NO: 2:22-CV-00221-JAD-BNW |
| -VS- | SUMMONS |
| COUNTY OF CLARK | |

## DISCUSSION

Plaintiff calls on the Court Clerk And All sheriff's for the express intent of bringing them to attention And Notice of bringing to the knowledge And Person(s) the suit And documents directed to County Of Clark, for the Purpose of Appearing before an Honorable Judge in Open Court.

Plaintiff Requests the Court to Serve the Attached Summons form (AO 440) to defendants. Since the Plaintiff is an inmate And Method of Service is Impracticable. In Plaintiff's most Recent Suit filed with U.S. District Court Against Defendants County Of Clark And The State of Nevada with Case NO: 2:21-CV-01789-APG-BNW was Recently dismissed. County Of Clark filed a motion to dismiss for Insufficient Process And Insufficient Service of Process, Where the Summons didn't bear the Clerks signature Nor had the Seal. Further, the Court didn't Serve the Summons on defendants Nor Provided Any Summons in Return to Plaintiff to

Service the defendant's. Plaintiff Previously filled out the Same Summons form (AO 440) Provided by the Court. The State Of Nevada filed a motion to dismiss with Prejudice Under Fed. R. Civ. P. 17(c)(2) And Fed. R. Civ. P. 12(b)(1). Both Cases were dismissed Due to Non-Opposed.

 Plaintiff was/is in Lake's Crossing Center for Competency evaluations, Where Plaintiff is being deprived of Writing Material, legal library, Phone And Utilizing the U.S. Postal Services. However, Plaintiff was able to Luckly give the first Opposing motion for The State Of Nevada to family, to Certify Mail. Plaintiff's family Certify mailed the opposition motion of Plaintiff on Oct.10.22, Which was delivered on Oct.13.22 (see Exhibit). However, the Court Claimed it was Not recieved And moved to dismiss the Case. In regards to County Of Clark's motion to Dismiss, Plaintiff Again was being deprived of Utilizing U.S. Postal Services At Lake's Crossing Center by Number of staff. Who delayed delivering Plaintiff's legal mail four to Seven days Late, Also delayed taking Plaintiff's mail, till the last Day of 1/12/22. Plaintiff Sent two Certified mail to U.S. District Court on the 12th of Jan 2022. Advicing Number of Staff the Importance of the mail/situation And Why it must be Processed on Jan.12.22. However, Staff lost One And mailed the Other Nine Days Late. While depriving the Plaintiff of this Information Until the 24th of Jan.22. Plaintiff Since the 12th of Jan Asked for a Certified Return Receipt Daily And to be Informed of Plaintiff's mail. On the Same day of Jan 24.2022 Plaintiff was given mail from U.S. District Court dismissing the Claim on the last Defendant County Of Clark And therefore Closeing the Whole Case. Plaintiff was finally Provided with a Reciept, Also on the 24th of Jan. 2022. The Court being Aware of Plaintiff being at Lake's Crossing Center for Competency did Nothing to Protect Plaintiff's Intrest. Such behavior was on the Outer fringes of Judicial Conduct. Once Competency Arises the Court "must" Appoint a guardian ad litem Or Counsel by forwarding the Matter to the Pro bono Pilot Program to Protect Plaintiff's Intrest. It Would be futile to hold a Competency hearing, Since the State had Already Done So.

 It seems a Pattern is Starting to form. Where the State is doing everything in its

Case 2:22-cv-00221-JAD-BNW   Document 8   Filed 02/27/22   Page 3 of 9

P.3

Governmental body to Stop this Case from being heard. Plaintiff's first suit was dismissed due to Metro/C.C.D.C. withholding mail from Plaintiff. Now Plaintiff is being deprived of Utilizing Postal Services. Moreover, the Court Claims Not Recieving Plaintiff's Certified mail delivered on 1/13/2022.

 The Plaintiff is Currently Waiting for an Approval to Utilize U.S. Postal Services for three Weeks Now at Lake's Crossing Center. Every time Plaintiff needs to mail Anything it must first be Approved by Treatment Team, which meets Once a Week. Plaintiff Sent last Request on Feb. 6. 2022, which was supposedly Approved. However, Plaintiff was Again deprived of Sending mail, Since No staff Provided Treatments Team sheet of Approval Or Processed Plaintiff's mail for the following week. Plaintiff Now must wait for the 14th of Feb. 2022 to Address this issue Once Again with Staff. Since this Was Lake's Crossing Center's Reason that all Requests go through the Treatment Team, Due to the mail of Plaintiff Not being Processed/Lost Previously by staff. Now the Treatment Team has delayed/deprived Plaintiff meaningful Access to the Courts. Further, Wont Provide Writing material/legal phone calls. For Anyone to Approve or disapprove an essential Right to every individual Under Constitutional Law, is unlawful. Since timing is Everything when it Comes to legal mail.

 For the obvious reasons Plaintiff requests this Matter to be forwarded to the Pro bono Pilot Program to Protect Plaintiff's Intrest. Further, Requests the Court to Order Lake's Crossing Center to Stop Infringing Plaintiff's rights to meaningful Access to the Courts, In Accordance to the Prison Reform Act of 1995.

 Plaintiff Also requests the ruling of the, The State Of Nevada to be Overturned And the Case be reopened for Plaintiff to Prosecute. County Of Clarks Claim was dismissed based on Insufficient Service of Process/Process And Non-Opposed. However, Since Plaintiff Never recieved Any Summons back from the Court Clerk to Serve upon defendants And the Courts knowing of Plaintiff's Competency did Nothing to Protect Plaintiff's Intrest, for those reasons Plaintiff requests that he be Credited for the refiling fee in the Amount of four hundred And two dollars.

# CONCLUSION

- Plaintiff Requests the Court to Serve the Summons on defendant's, Since the Method of Service is Impracticable.

- Plaintiff Requests the Claim on defendant, The State Of Nevada to be reopen Since the Attached Exhibit Proves Plaintiff did oppose in Time before the ruling.

- Plaintiff Requests the Court to Order Lakes Crossing Center to Provide Plaintiff with Writing Material, Phone, Video Visits And U.S. Postal Service (Lake's Crossing Center does Not have a legal Library).

- Plaintiff Requests this Matter be forwarded to the Pro Bono Pilot Program to Protect Plaintiff's Intrests.

- Plaintiff requests A Credit for refiling fee in the Amount of four hundred And Two dollars.

## ORDER

IT IS ORDERED that ECF No. 7 is DENIED without prejudice as premature.

The Court previously dismissed Plaintiff's complaint without prejudice and ordered Plaintiff to file an amended complaint by March 8, 2022. *See* ECF No. 5. Plaintiff has yet to file an amended complaint. Unless and until Plaintiff files an amended complaint in this case and it survives screening, the Court will not serve Defendant.

The Court also advises Plaintiff that he must file a separate motion for each type of relief requested in the future and should make his motions as clear and concise as possible.

**IT IS SO ORDERED**

**DATED:** 3:12 pm, February 27, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

United States District Court

District of Nevada

## Notice of Electronic Filing

The following transaction was entered on 2/7/2022 at 2:42 PM PST and filed on 2/7/2022
**Case Name:** Mkhitaryan v. County of Clark
**Case Number:** 2:22-cv-00221-JAD-BNW
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**CLERK'S NOTICE. Action Required to ECF No. [1]-2. ERROR: Wrong form used. Plaintiff is advised to complete the "AO 440 (Rev. 6/12) Summons in a Civil Action" form. The Court will only issue summons submitted on the Courts approved form available on the Court's Website. (no image attached) (MR)**

**2:22-cv-00221-JAD-BNW Notice has been electronically mailed to:**

**2:22-cv-00221-JAD-BNW Notice has been delivered by other means to:**

Sergey Mkhitaryan
2679724
Lakes Crossing Center
500 Galletti Way
Sparks, NV 89431







Legal Aid Center of Southern Nevada
725 E Charleston Blvd
Las Vegas, Nevada 89104

Clerk US Dist Court
District of Nevada
Lloyd D George U.S. Courthouse
333 Las Vegas Blvd, South, Room 1334
Las Vegas NV 89101

