# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

Sergey Mkhitaryan,

        Plaintiff,

v.

County of Clark,

        Defendant.

Case No. 2:22-cv-00221-JAD-BNW

**REPORT AND RECOMMENDATION**

The Court previously screened Plaintiff's complaint, dismissed Plaintiff's complaint without prejudice, and ordered Plaintiff to file an amended complaint (if he so chose). *See* ECF No. 5. Plaintiff was given until March 8, 2022, to amend his complaint. *Id.* at 4. The Court advised Plaintiff that if he did not file an amended complaint by this date, the Court would recommend that this case be dismissed. *Id.* Plaintiff did not file an amended complaint.

**IT IS THEREFORE RECOMMENDED** that Plaintiff's case be dismissed without prejudice and this case be closed.

## NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: April 4, 2022.

                                                    BRENDA WEKSLER
                                                    UNITED STATES MAGISTRATE JUDGE