UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Sergey Mkhitaryan,<br><br>    Plaintiff<br><br>v.<br><br>County of Clark,<br><br>    Defendant | Case No.: 2:22-cv-00221-JAD-BNW<br><br>**Order Adopting Report and Recommendation**<br><br>[ECF Nos. 2, 9] |

The magistrate judge recommends that the court dismiss this case because plaintiff has not complied with this court's order to file an amended complaint by March 8, 2022.[1]  The deadline for the plaintiff to object to that recommendation was April 18, 2022, and plaintiff filed nothing and did not ask to extend the deadline to do so.  "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2]  Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 9] is ADOPTED** in its entirety.  **This case is DISMISSED** without prejudice for failure to comply with the court's order, and the Petition of Notice **[ECF No. 2] is DENIED** as moot.

---

[1] ECF No. 7.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

The Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 20, 2022