**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Sergey Mkhitaryan,

      Plaintiff

v.

County of Clark,

      Defendant

Case No.: 2:22-cv-00221-JAD-BNW

**Order Granting Request for
Voluntary Dismissal and Closing Case**

[ECF Nos. 14, 19]

     Plaintiff Sergey Mkhitaryan has filed a notice of voluntary dismissal, advising the court that he "at this time would like to voluntary dismiss this case against County of Clark."[1]  The Court construes this request as a motion for voluntary dismissal under Federal Rule of Civil Procedure 41(a) and grants it.

     IT IS THEREFORE ORDERED that **this case is DISMISSED** and all pending motions **[ECF No. 14] are DENIED** as moot.  The Clerk of Court is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
July 4, 2022

---

[1] ECF No. 19.